AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**JAMES ROE CLEARY**<br>DOB: XXXXXX<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:24-mj-00312
Assigned To : Judge Zia M. Faruqui
Assign. Date : 10/02/2024
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | - Obstruction of Law Enforcement During Civil Disorder, |
| 18 U.S.C. §§ 113 (a)(4) and (5) | - Assault, |
| 18 U.S.C. § 1752(a)(1) | - (Entering and Remaining in a Restricted Building or Grounds) |
| 18 U.S.C. § 1752(a)(2) | - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds), |
| 18 U.S.C. § 1752(a)(4) | - (Engaging in Physical Violence in a Restricted Building or Grounds), |
| 40 U.S.C. § 5104(e)(2)(D) | - (Disorderly Conduct in a Capitol Building), |
| 40 U.S.C. § 5104(e)(2)(F) | - (Act of Physical Violence in the Capitol Grounds or Buildings). |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

_____, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ____10/02/2024____

*Judge's signature*

City and state: ____Washington, D.C.____      Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*