# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

JAMES ROE CLEARY

_____
Defendant

Case: 1:24-mj-00312
Assigned To : Judge Zia M. Faruqui
Assign. Date : 10/02/2024
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __JAMES ROE CLEARY__
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,
18 U.S.C. §§ 113 (a)(4) and (5) - Assault,
18 U.S.C. § 1752(a)(1) - (Entering and Remaining in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds),
18 U.S.C. § 1752(a)(4) - (Engaging in Physical Violence in a Restricted Building or Grounds),
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building),
40 U.S.C. § 5104(e)(2)(F) - (Act of Physical Violence in the Capitol Grounds or Buildings).

Date: 10/02/2024

Zia M. Faruqui
Digitally signed by Zia M. Faruqui
Date: 2024.10.02 12:57:00 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 10/2/24, and the person was arrested on (date) 10/3/24
at (city and state) Waterford, CT

Date: 10/3/24

*Arresting officer's signature*

SA Jeff Sexton
*Printed name and title*